**SO ORDERED.**

**SIGNED this 25th day of June, 2007.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 07-51029 |
| MIKE ROOTHAME | § | |
| | § | CHAPTER 13 PROCEEDING |
| Debtor | § | |

ORDER AUTHORIZING LATE FILING OF
SCHEDULES, STATEMENTS AND PLAN *NUNC PRO TUNC*

Came on to be considered by the Court the Debtor's *Motion to Allow Late Filing of Schedules, Statements and Plan Nunc Pro Tunc*. The Court is of the opinion that the motion should be granted. It is, therefore, ORDERED that Debtor be, and the same hereby is, allowed to file the Chapter 13 Plan and all remaining and previously unfiled schedules and statements late and that such filing is hereby allowed and approved *nunc pro tunc*.

###

ORDER PREPARED BY: Patrick A. Swindell · 909 N.E. Loop 410, Suite 100 · San Antonio, TX 78209 · (210) 787-1440 (telephone) · (210) 579-2397 (facsimile) · SBOT 19587450 · Attorney for Debtor.


*****END OF ORDER*****